IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN WILLIAMS,

    Plaintiff,                                  No. CIV S-07-2191 LKK GGH P

    vs.

FRANK C. DAMRELL, Jr., United States District Court Judge, et al.,

    Defendants.                      ORDER

        Plaintiff has requested an extension of time to file an appeal to the judgment entered, pursuant to the Order, filed on April 7, 2008, wherein this matter was summarily dismissed with prejudice. Plaintiff asks for a 15-day extension and states that he believes the current due date for the filing of his notice of appeal would be April 14, 2008. However, Fed. R. App. P. 4(a)(1) (B) provides that in a civil case "[w]hen the United States or its officer or agency is a party, the notice of appeal may be filed within 60 days after the judgment or order appealed from is entered." In this instance, therefore, plaintiff has until June 6, 2008 (not April 14, 2008), to file a notice of appeal.[1]

---

[1] Moreover, plaintiff, a state prisoner proceeding pro se, is entitled to application of the prison mailbox rule. Pursuant to Houston v. Lack, 487 U.S. 266, 275-76, 108 S. Ct. 2379, 2385 (1988), a pro se prisoner filing is dated from the date the prisoner delivers it to prison authorities. See Fed. R. App. P. 4(c)(1).

1  Accordingly, IT IS ORDERED that plaintiff's mistakenly premised April 16,
2  2008 (# 11), request for a 15-day extension of time to file a notice of appeal is denied as both
3  frivolous and moot.

4  DATED: 04/29/08                /s/ Gregory G. Hollows
5                                 UNITED STATES MAGISTRATE JUDGE

6
   GGH:009
7  will2191.dny